No. 94–13. KANSAS DEPARTMENT OF CORRECTIONS v. BRINKMAN ET AL., *ante*, p. 927. Motion of respondents for attorney's fees and costs denied without prejudice to refiling in the United States District Court for the District of Kansas.

No. 94–251. UNITED STATES v. ROBERTSON. C. A. 9th Cir. [Certiorari granted, *ante*, p. 945.] Motion for appointment of counsel granted, and it is ordered that Glenn Stewart Warren, Esq., of San Diego, Cal., be appointed to serve as counsel for respondent in this case.

No. 94–464. NORFOLK SOUTHERN RAILWAY CO. v. NORTH CAROLINA RAILROAD CO. Ct. App. N. C. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 94–5059. JONES v. SCHULZE, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF FAMILY SERVICES, ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 805] denied.

No. 94–6316. IN RE LIGGINS;
No. 94–6341. IN RE SEAGRAVE; and
No. 94–6408. IN RE RAE. Petitions for writs of habeas corpus denied.

No. 94–6299. IN RE GRUBBS. Petition for writ of mandamus denied.

No. 94–6118. IN RE CHAMBERLIN. Petition for writ of mandamus and/or prohibition denied.

No. 93–1633. SWAN ET AL. v. PETERSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1906. TUXEDO UNION FREE SCHOOL DISTRICT ET AL. v. CULLEN. C. A. 2d Cir. Certiorari denied.